# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM L. ARMSTRONG

NO. 2020 KW 0054

**MAR 0 3 2020**

---

In Re:  William L. Armstrong, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-17-0091.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

 **WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the claim raised in the writ application. Relator failed to include the district court's ruling on the motion for a contradictory hearing, filed on January 28, 2020, pertinent district court minutes, the bill of information, the transcripts of the August 15, 2018 and the September 20, 2018 proceedings, and any other portion of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before March 27, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.